WILLIAM F. HYLAND AND BLUE CHIP PROPERTIES, INC., PLAINTIFFS-APPELLANTS, v. MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF MORRIS, DEFENDANTS-RESPONDENTS, AND SPRING BROOK HOMES ASSOCIATION, A NON-PECUNIARY CORPORATION OF THE STATE OF NEW JERSEY, INTERVENOR-RESPONDENT.

Argued October 7, 1974—Decided October 22, 1974.

*Mr. Harold A. Price* argued the cause for the appellants (*Messrs. Schenck, Price, Smith and King,* attorneys; *Mr. Michael S. Bubb,* of counsel).

*Mr. Sidney D. Weiss* argued the cause for the respondents Mayor and Township Committee (*Messrs. Rosen and Weiss,* attorneys).

*Mr. Sheldon Simon* argued the cause for respondent Springbrook Homes Association (*Messrs. Bangiola and Simon,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, HALL, SULLIVAN, PASHMAN and CLIFFORD and Judge CONFORD—7.

*For reversal*—None.